UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

TATIANA MARIN, and other
Similarly-situated individuals,

      Plaintiffs,

v.

PRO OUTSOURCING, INC.,
5 STAR SERVICE, INC.,
KHM BRICKELL, LLC and
CARLOS PANTOJA

      Defendants.

_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, Pro Outsourcing, Inc., Carlos Pantoja and KHM Brickell, LLC (collectively referred to as "Defendants") file this notice of removal under 28 U.S.C. §1446(a).

## INTRODUCTION

1.      On July 11, 2014, Plaintiff, Tatiana Marin, sued Defendants Pro Outsourcing, Inc., Carlos Pantoja, KHM Brickell, LLC and 5 Star Service, Inc. in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 14-018141-CA-01.

2.      On August 6, 2014 Plaintiff served the Complaint and summonses on defendants, Pro Outsourcing, Inc. and Carlos Pantoja.  Defendant, KHM Brickell, LLC was served the Complaint and summons on August 18, 2014.

3.      Defendants Pro Outsourcing, Inc., Carlos Pantoja, and KHM Brickell, LLC file this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b)(3).

**BASIS FOR REMOVAL**

4.      Removal is proper because Plaintiffs' suit involves a federal question.  28 U.S.C. §§1331 and 1441(a).  Specifically, Plaintiffs' claim arises under 29 U.S.C. §207.  The case became removable when the Plaintiffs served the complaint and summonses on defendants Pro Outsourcing, Inc., Carlos Pantoja and KHM Brickell, LLC.

5.      5 Star Service, Inc. was served on or about July 27, 2014 with the Complaint and summons.   President of 5 Star Service, Inc., Gladys Fundora has verbally consented to this removal.  Verbal consent to removal is sufficient.  *Cook v. Randolph City*, 573 F.3d 1143, 1150-51 (11th Cir. 2009).  In multiple defendant cases, when "a later-served defendant files a notice of removal, any earlier served defendant may consent to the removal even though that earlier served defendant did not previously initiate or consent to removal."  28 U.S.C. §1446(b)(2)(c).

6.      Copies of all the available pleadings, process, orders, and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).  The Summonses and Complaint attached as Composite Exhibit 1.

7.      Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

8.      Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

**JURY DEMAND**

9.      Plaintiffs demanded a jury in the state-court suit.

**CONCLUSION**

10.      This action is removable because Plaintiff's Complaint contains a count for damages pursuant to the Fair Labor Standards Act, and defendants, Pro Outsourcing, Inc., KHM Brickell,

LLC and Carlos Pantoja have filed this notice of removal within 30 days of the date said pleading was served on the defendants, and defendant 5 Star Service, Inc. has consented to the removal.  For these reasons, the defendants ask the Court to remove the suit to the U.S. District Court, Southern District of Florida.

Respectfully submitted,

BY:    /s/ Paul F. Penichet
Paul F. Penichet
FBN: 0899380
paul@penichetlaw.com
Penichet Law
9655 So. Dixie Highway
Suite 310
Miami, FL 33156
Tel/Fax:(305) 373-8809
*Counsel for Defendants*

**Certficate of Service**

**I hereby certify** that a true and correct copy of the foregoing was served via ECM and

Electronic Mail on <u>Sept. 5, 2014</u> on all counsel or parties of record on the Service List below.

By:     <u>s/ Paul F. Penichet</u>
Paul F. Penichet, Esq.
FBN: 0899380


**SERVICE LIST**

Jason S. Remer, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler Street
Suite 2200
Miami, FL 33130
jremer@rgpattorneys.com