## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 1:14-cv-23297-DPG**

**TATIANA MARIN,**

      **Plaintiff,**

**v.**

**5 STAR SERVICE, INC., PRO OUTSOURCING, INC.,**
**KHM BRICKELL, LLC, and CARLOS PANTOJA,**

      **Defendants.**

_____/

## NOTICE OF PARTIAL SETTLEMENT

Plaintiff, by and through undersigned counsel, and pursuant to S.D. FLA. L.R. 16.2(F)(2), hereby gives notice of a partial settlement of all issues between the Plaintiff and Defendants Pro Outsourcing, Inc., KHM Brickell, LLC, and Carlos Pantoja.  The claims against Defendant 5 Star Service, Inc. are still open and ongoing.

The parties will file a Joint Motion for Approval of the Settlement Agreement once the terms are finalized.  In the interim, the Parties request a stay of all remaining deadlines, as to the Parties to this settlement, for thirty (30) days to file the necessary settlement documents with the Court.

*(This space left intentionally blank)*

Respectfully submitted on January 20, 2015

**/s/ Brody M. Shulman**
Jason S. Remer, Esq.
Florida Bar No.: 0165580
E-mail: jremer@rgpattorneys.com
Brody M. Shulman, Esq.
Florida Bar No.: 029044
E-mail: bshulman@rgpattorneys.com

REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street
Suite 2200
Miami, Florida  33130
Tel: (305) 416-5000
Fax: (305) 416-5005
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: **s/ Brody M. Shulman**_____
Jason S. Remer, Esq.
Brody M. Shulman, Esq.

## SERVICE LIST

Paul Penichet, Esq.
FBN: 899380

PAUL F. PENICHET, P.A.
19 West Flagler Street
Suite 907
Miami, FL 33130
Tel: 305-373-8809
Fax: 305-373-8810
E-mail: paul@penichetlaw.com