## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23297-CIV-GAYLES/TURNOFF

TATIANA MARIN,

     Plaintiff,

v.

PRO OUTSOURCING, INC., et al.,

     Defendants.

_____/

### ORDER APPROVING SETTLEMENT AND DISMISSING
### ACTION WITH PREJUCICE AGAINST DEFENDANTS
### PRO OUTSOURCING, INC., KHM BRIKELL, LLC AND CARLOS PANTOJA

THIS MATTER is before the Court upon the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal With Prejudice ("Motion") [D.E. 29]. Having reviewed the Motion, the settlement agreement attached thereto, and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the settlement is approved as being a fair and reasonable compromise of the disputed FLSA claims, and that this action is **DISMISSED** *with prejudice* as against Defendants Pro Outsourcing, Inc., KHM Brickell, LLC and Carlos Pantoja. The Court will retain jurisdiction to enforce the terms of the agreement between the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of March, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Turnoff
       All Counsel of Record