**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 14-23297-CIV-GAYLES/TURNOFF

**TATIANA MARIN,**

      Plaintiff**,**

**v.**

**PRO OUTSOURCING, INC.,** et al.,

      Defendants**.**

_____/

**ORDER APPROVING SETTLEMENT AND DISMISSING**
**WITH PREJUDICE ACTION AGAINST DEFENDANT 5 STAR SERVICE, INC.**

**THIS MATTER** is before the Court upon the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal With Prejudice ("Motion") [D.E. 31]. Having reviewed the Motion, the settlement agreement, and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the settlement is approved as being a fair and reasonable compromise of the disputed FLSA claims, and that this action is **DISMISSED** *with prejudice* against Defendant 5 Star Service, Inc. The Court will retain jurisdiction to enforce the terms of the agreement between the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of March, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Turnoff
       All Counsel of Record